ORIGINAL

AQUININGOC_N.aacg7

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00033 |
| Plaintiff, ) | |
| vs. ) | ANNUAL ACCOUNTING IN GARNISHMENT |
| NAOMI AQUININGOC, ) | |
| Defendant. ) | |

To: Department of Administration
Government of Guam
Attn.: Payroll Branch
P.O. Box 884
Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about November 4, 1997, $6,250.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 23rd day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1997Z00170

DEBTOR: Aquiningoc, Naomi
COLLECTION TYPE: 6A
BALANCE AS OF JANUARY 9, 2006: $109,818.36

| DATE RCVD | FORM | COURT RECEIPT | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 04-FEB-2005 | GC/H | 0025860 | 0033063 | $ 250.00 |
| 18-FEB-2005 | GC/H | 0025945 | 0033980 | 250.00 |
| 02-MAR-2005 | GC/H | 0026002 | 0038399 | 250.00 |
| 17-MAR-2005 | GC/H | 0026081 | 0039470 | 250.00 |
| 31-MAR-2005 | GC/H | 0026146 | 0044378 | 250.00 |
| 15-APR-2005 | GC/H | 0026234 | 0045333 | 250.00 |
| 26-APR-2005 | GC/H | 0026274 | 0050140 | 250.00 |
| 11-MAY-2005 | GC/H | 0026377 | 0051586 | 250.00 |
| 26-MAY-2005 | GC/H | 0026461 | 0052318 | 250.00 |
| 09-JUN-2005 | GC/H | 0026532 | 0056984 | 250.00 |
| 22-JUN-2005 | GC/H | 0026618 | 0057759 | 250.00 |
| 11-JUL-2005 | GC/H | 0026726 | 0062616 | 250.00 |
| 25-JUL-2005 | GC/H | 0026799 | 0063318 | 250.00 |
| 04-AUG-2005 | GC/H | 0026870 | 0067330 | 500.00 |
| 02-SEP-2005 | GC/H | 0027022 | 0072638 | 250.00 |
| 14-SEP-2005 | GC/H | 0027083 | 0073143 | 250.00 |
| 28-SEP-2005 | GC/H | 0027154 | 0077380 | 250.00 |
| 14-OCT-2005 | GC/H | 0027358 | 0079291 | 250.00 |
| 27-OCT-2005 | GC/H | 0027424 | 0080057 | 250.00 |
| 14-NOV-2005 | GC/H | 0027530 | 0084268 | 250.00 |
| 25-NOV-2005 | GC/H | 0027599 | 0084890 | 250.00 |
| 13-DEC-2005 | GC/H | 0027712 | 0089185 | 250.00 |
| 22-DEC-2005 | GC/H | 0027784 | 0089682 | 250.00 |
| 09-JAN-2006 | GC/H | 0027885 | 0101297 | 250.00 |

TOTAL DOLLAR AMOUNT OF PAYMENTS: $6,250.00