AQUININGOC_N.aacg8

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 97-00033 |
| Plaintiff, ) | |
| vs. ) | **CERTIFICATE OF SERVICE** |
| NAOMI AQUININGOC, ) | |
| Defendant, ) | |
| DEPARTMENT OF ADMINISTRATION, ) GOVERNMENT OF GUAM, ) | |
| Garnishee. ) | |

I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that the **Annual Accounting in Garnishment** filed January 19, 2007 was sent to the defendant and garnishee by mail on January 22, 2007.

MICHELLE PEREZ