ORIGINAL

AQUININGOC_N.aacg9

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 2 3 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 97-00033 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ANNUAL ACCOUNTING IN GARNISHMENT** |
| NAOMI AQUININGOC, | ) | |
| Defendant. | ) | |

To: Department of Administration
Government of Guam
Attn.: Payroll Branch
P.O. Box 884
Hagåtña, Guam 96932

Pursuant to Title 28 U.S.C. § 3205(c)(9)(A), the United States of America submits the following annual accounting of the monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

//
//
//
//
//
//

Pursuant to the Writ of Continuing Garnishment issued on or about November 4, 1997, $6,500.00 has been withheld from the Judgment Debtor and applied to the judgment debt.

RESPECTFULLY SUBMITTED this 22nd day of January, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: *Jessica Cruz*
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney

Report Level: GU



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 01/16/2008

Page 9 of 11

CDCS MBR 1998B20688/001  Name: Aquiningoc, Naomi  Collect Type: 6A  Court Nbr: CR-97-00033  Priority Code: 04  Scheduled Payment Amount: $250.00  Scheduled Payment Date:  Current Liability: $96,818.36

For Report Parameters: 1998B20688, 001, 987666

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0224 | PMNT | 06/12/2006 | GC | H | 0028701 | | 0132939 | | 06/19/2006 | $250.00 |
| 0225 | PMNT | 06/23/2006 | GC | H | 0028793 | | 0133765 | | 06/26/2006 | $250.00 |
| 0226 | PMNT | 07/10/2006 | GC | H | 0028935 | | 0137776 | | 07/26/2006 | $250.00 |
| 0227 | PMNT | 07/24/2006 | GC | H | 0029064 | | 0138375 | | 07/31/2006 | $250.00 |
| 0228 | PMNT | 08/10/2006 | GC | H | 0029425 | | 0142827 | | 08/15/2006 | $250.00 |
| 0229 | PMNT | 08/18/2006 | GC | H | 0029607 | | 0143669 | | 08/21/2006 | $250.00 |
| 0230 | PMNT | 09/11/2006 | GC | H | 0029878 | | 0147928 | | 09/20/2006 | $250.00 |
| 0231 | PMNT | 09/15/2006 | GC | H | 0029957 | | 0148571 | | 09/20/2006 | $250.00 |
| 0232 | PMNT | 09/27/2006 | GC | H | 0030057 | | 0153417 | | 09/29/2006 | $250.00 |
| 0233 | PMNT | 10/16/2006 | GC | H | 0030192 | | 0154826 | | 10/25/2006 | $250.00 |
| 0234 | PMNT | 10/26/2006 | GC | H | 0030273 | | 0155787 | | 10/27/2006 | $250.00 |
| 0235 | PMNT | 11/13/2006 | GC | H | 0030394 | | 0167071 | | 11/21/2006 | $250.00 |
| 0236 | PMNT | 11/24/2006 | GC | H | 0030479 | | 0168148 | | 11/27/2006 | $250.00 |
| 0237 | PMNT | 12/12/2006 | GC | H | 0030577 | | 0172568 | | 12/18/2006 | $250.00 |
| 0238 | PMNT | 12/22/2006 | GC | H | 0030644 | | 0173398 | | 12/28/2006 | $250.00 |
| 0239 | PMNT | 01/08/2007 | GC | H | 0030735 | | 0178611 | | 01/17/2007 | $250.00 |
| 0240 | PMNT | 01/19/2007 | GC | H | 0030814 | | 0179217 | | 01/22/2007 | $250.00 |
| 0241 | PMNT | 02/02/2007 | GC | H | 0030916 | | 0183550 | | 02/05/2007 | $250.00 |
| 0242 | PMNT | 02/22/2007 | GC | H | 0031036 | | 0184196 | | 02/26/2007 | $250.00 |
| 0243 | PMNT | 03/01/2007 | GC | H | 0031063 | | 0188468 | | 03/05/2007 | $250.00 |
| 0244 | PMNT | 03/16/2007 | GC | H | 0031147 | | 0189366 | | 03/26/2007 | $250.00 |
| 0245 | PMNT | 03/29/2007 | GC | H | 0031215 | | 0190385 | | 04/01/2007 | $250.00 |
| 0246 | PMNT | 04/13/2007 | GC | H | 0031297 | | 0194046 | | 04/16/2007 | $250.00 |
| 0247 | PMNT | 04/27/2007 | GC | H | 0031356 | | 0195410 | | 04/30/2007 | $250.00 |
| 0248 | PMNT | 05/16/2007 | GC | H | 0031482 | | | | 05/22/2007 | $250.00 |
| 0249 | PMNT | 05/25/2007 | GC | H | 0031545 | | 0200642 | | 05/30/2007 | $250.00 |
| 0250 | PMNT | 06/08/2007 | GC | H | 0031615 | | 0204701 | | 06/11/2007 | $250.00 |
| 0251 | PMNT | 06/21/2007 | GC | H | 0031699 | | 0205500 | | 06/25/2007 | $250.00 |



Report Level: GU

United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 01/16/2008

CDCS NBR: 1998B20688/001  Name: Aquiningoc, Naomi

For Report Parameters: 1998B20688 ,001 , 987666

Collect 6A Type: 
Court Nbr: CR-97-00033
Priority Code: 04
Scheduled Payment Amount: $250.00
Scheduled Payment Date: 
Current Liability: $96,818.36

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0252 | PMNT | 07/06/2007 | GC | H | 0031802 | | 0209688 | | 07/10/2007 | $250.00 |
| 0253 | PMNT | 07/20/2007 | GC | H | 0031958 | | 0210537 | | 07/23/2007 | $250.00 |
| 0254 | PMNT | 08/03/2007 | GC | H | 0032243 | | 0214243 | | 08/06/2007 | $250.00 |
| 0255 | PMNT | 08/16/2007 | GC | H | 0032544 | | 0215123 | | 08/20/2007 | $500.00 |
| 0256 | PMNT | 09/17/2007 | GC | H | 0032882 | | 0221845 | | 09/24/2007 | $250.00 |
| 0257 | PMNT | 09/27/2007 | GC | H | 0032954 | | 0224236 | | 09/28/2007 | $250.00 |
| 000259 | PMNT | 10/12/2007 | GC | H | 0033053 | | 0226741 | | 10/15/2007 | $250.00 |
| 000260 | PMNT | 10/29/2007 | GC | H | 0033170 | | 0231074 | | 11/05/2007 | $250.00 |
| 000261 | PMNT | 11/09/2007 | GC | H | 0033265 | | 0234900 | | 11/13/2007 | $250.00 |
| 000262 | PMNT | 11/26/2007 | GC | H | 0033347 | | 0235819 | | 12/03/2007 | $250.00 |
| 000263 | PMNT | 12/07/2007 | GC | H | 0033426 | | 0243140 | | 12/10/2007 | $250.00 |
| 000264 | PMNT | 12/21/2007 | GC | H | 0033513 | | 0243822 | | 12/27/2007 | $250.00 |
| 000265 | PMNT | 01/07/2008 | GC | H | 0033616 | | 0245022 | | 01/16/2008 | $250.00 |
| Total | | | | | | | | | | $72,250.00 |